(Decided October 2, 1931.)

A. MORSE for movant.

J. W. CAMMACK, Attorney General, and GEORGE H. MITCHELL, Assistant Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

HUGHES v. COMMONWEALTH.

(Decided October 6, 1931.)

THAD CHEATHAM and B. A. GUTHRIE for movant.

J. W. CAMMACK, Attorney General, and HOWARD SMITH GENTRY, Assistant Attorney General, for Commonwealth.

ASHCRAFT v. JOHNSON'S ADMINISTRATOR.

(Decided October 9, 1931.)

SHUMATE & SHUMATE for movant.

HUGH RIDDLE opposed.

PER CURIAM. Judgment for defendant on claim for $200.

Appeal denied; judgment affirmed.